

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ADEKUNLE ADEWALE AKINDELE and GBOLAHAN DOLAPO OLAWOYIN, | § | |
| | § | |
| Appellants, | | |
| | § | No. 08-23-00139-CV |
| v. | | |
| | § | Appeal from the |
| MICHAEL BABATUNDE OSHODI, HEATHER HERNANDEZ, MAXUM | § | 143rd Judicial District Court |
| ENTERPRISES, L.L.C. D/B/A PILOT THOMAS LOGISTICS, L.L.C., JESUS R. | § | of Reeves County, Texas |
| MORFA, SV RELIABLE TRANSPORT, L.L.C. A/K/A SV RELIABLE OILFELD | § | (TC# 20-08-23655-CVR) |
| RENTALS, L.L.C., and FNF CONSTRUCTION INC., | § | |
| | | |
| Appellees. | § | |

**MEMORANDUM OPINION**

Before this Court is the parties' joint motion to dismiss this appeal pursuant to Texas Rule

of Appellate Procedure 42.1(a)(2)(A). In the motion, the parties state that they reached a resolution

of the matter through mediation on August 1, 2023.

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose

of an appeal on the motion of the appellant or by agreement of the parties. On the motion of

appellant, the court may dismiss the appeal or affirm the appealed judgment or order. TEX. R. APP. P. 42.1(a)(1). When parties file an agreement signed by all parties or their attorneys, the court may: "(A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." TEX. R. APP. P. 42.1(a)(2)(A)–(C).

The parties have not filed a settlement agreement with the clerk as required by Rule 42.1(a)(1); thus, this Court is prevented from rendering a judgment effectuating an agreement. TEX. R. APP. P. 42.1(a)(1)(2). After reviewing the relief requested in the motion, we conclude that the substance of the motion seeks a voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1), which provides for the voluntary dismissal of an appeal on the motion of an appellant. TEX. R. APP. P. 42.1(a)(1). Therefore, the motion is granted, and the appeal is dismissed. Each party shall bear the costs of this appeal pursuant to the request in their joint motion. *See* TEX. R. APP. P. 42.1(d).

LISA J. SOTO, Justice

September 1, 2023

Before Rodriguez, C.J., Palafox, and Soto, J.J.

2